**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                  Case No. 1:14-ML-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                   MDL No. 2570

This Document Relates to the Following Actions:

Plaintiffs identified in Exhibit A

**OMNIBUS STIPULATION OF DISMISSAL WITH PREJUDICE**

The 30 Plaintiffs listed in Exhibit A and Defendants Cook Incorporated, Cook Medical

LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook

Defendants")[1] hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that

Plaintiffs' claims against all Cook Defendants shall be dismissed with prejudice in their entirety.

Each party shall bear its own fees and costs.

Counsel for Plaintiffs listed in Exhibit A, William F. Blankenship, and counsel for the

Cook Defendants, Andrea Roberts Pierson, consent to the dismissal of the claims of Plaintiffs

listed in Exhibit A via this Omnibus Stipulation for Dismissal with Prejudice.

---

[1] The Parties consent that to the extent there are any other named defendants affiliated or related to Cook
Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS
shall also be dismissed. Such other named defendants may include Cook Group, Inc., Medical
Engineering and Development Institute, Inc. (now known as Cook Research Incorporated), Cook Medical
Technologies, Cook Denmark International ApS, Cook Denmark Holdings ApS, Cook Group Europe
ApS, Cook Nederland BV, CMI Real Estate Holdings, LLC, Cook Canton, LLC, Cook Shared Services,
Inc., CGI Real Estate Holdings, LLC, Cook Europe Finance BV, Cook Sweden Hold-ing AB, and Cook
Nederland Holding Cooperatief U.A, and all of their predecessors and successors in interest, parent
companies, subsidiaries, affiliates, divisions, nominees, and related entities in which they have an interest,
as well as their insurers and all of their past, present, and future officers, directors, stockholders,
attorneys, agents, representatives, employees, partners, assigns, distributors, and sales representatives.

Dated this 9th day of December, 2024.

Respectfully submitted,

**BLANKENSHIP LAW FIRM**

By:    */s/ William F. Blankenship, III*
       William F. Blankenship, III
       3500 Maple Avenue, Suite 1100
       Dallas, TX 75219
       Phone: (214) 361-7500
       Fax: (314) 361-7505
       bill@blankenshiplaw.com

**Faegre Drinker Biddle & Reath, LLP**

By:    */s/ Andrea Roberts Pierson*
       Andrea Roberts Pierson
       300 North Meridian Street, Suite 2500
       Indianapolis, IN 46204
       Phone: (317) 237-0300
       Fax: (317) 237-1000
       andrea.pierson@faegredrinker.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 9, 2024, a true and accurate copy of the foregoing document was filed electronically with the Clerk of Court to be served by operation of the court's electronic filing system upon all registered Parties.

*/s/ Andrea Roberts Pierson*

**EXHIBIT A**

| Plaintiff Name | Filing No. |
|---|---|
| Johnson, Holly D. | 1:17-cv-01229 |
| Neibert, Linda | 1:17-cv-01720 |
| Lewis, Danny W. | 1:17-cv-02295 |
| Silk, Robin | 1:17-cv-02298 |
| Urtado, Nicolas | 1:17-cv-02300 |
| Reeby, Robert M. | 1:17-cv-02302 |
| Carter, Sonja | 1:17-cv-02587 |
| Wimberley, Jerry | 1:17-cv-02588 |
| Hendrickson, John | 1:17-cv-03808 |
| Reece, Johnny | 1:17-cv-03811 |
| Casino, Christopher | 1:17-cv-04535 |
| Riley, Richard | 1:17-cv-04536 |
| Alexander, Edward | 1:17-cv-04679 |
| Fritz, Larry | 1:17-cv-04680 |
| Stephens, Laurie | 1:18-cv-01033 |
| Bernero, Joseph | 1:18-cv-01726 |
| Breniser, Glenn | 1:18-cv-01727 |
| Bailey, John Henry | 1:18-cv-01940 |
| Johnson, Jeffrey | 1:18-cv-02467 |
| Avilez, Michael | 1:18-cv-02811 |
| Wade, Tamara | 1:18-cv-02812 |
| Britt-Cross, Michelle | 1:18-cv-02890 |
| Romero, Tracy | 1:18-cv-03318 |
| Wohlrab, Walter | 1:18-cv-03319 |
| Chavez, Christine | 1:20-cv-00832 |
| Lucas, Carrie | 1:20-cv-00951 |
| Cox, Walter | 1:20-cv-02750 |
| Martinez, Raymond | 1:20-cv-06240 |
| Barker, Bryan | 1:21-cv-00667 |
| Huntington, James | 1:21-cv-00946 |